# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| DARRYL GLENN WADSWORTH, ) | |
| Plaintiff, ) | |
| v. ) | Case No. 2:19-cv-01292-CLM-SGC |
| LIBBY NASH, ) | |
| Defendant. ) | |

## MEMORANDUM OPINION

The magistrate judge entered a report on November 2, 2020, recommending this action be dismissed without prejudice for failing to state a claim upon which relief can be granted, pursuant to 28 U.S.C. § 1915A(b). (Doc. 10). Although the plaintiff was advised of his right to submit specific written objections within fourteen days, he has not filed any objections, or other response, within the time prescribed.[1]

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court **ADOPTS** the magistrate judge's report and **ACCEPTS** the recommendation. Therefore, in accordance with 28 U.S.C. § 1915A(b), this action is due to be dismissed without prejudice for failing to state a claim upon which relief can be granted.

---

[1] A copy of the report and recommendation was mailed to the plaintiff at the Blount County Correctional Facility. That copy has been returned by the Postal Service as undeliverable. (Doc. 11). The *pro se* complaint form the plaintiff completed and signed warned him of his responsibility to notify the Clerk of any change of address. (Doc. 1 at 10).

A Final Judgment will be entered.

**DONE** and **ORDERED** this 30th day of November, 2020.

_____
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE